UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MARLON TOWNSEND,** | ) | **CASE NO. 1:08CV1089** |
| | ) | |
| **PETITIONER,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **RICHARD GANSHEIMER,** | ) | |
| Warden, | ) | **ORDER** |
| | ) | |
| **RESPONDENT.** | ) | |
| | ) | |

This matter is before the Court upon a petition for a writ of habeas corpus filed by Marlon Townsend ("Petitioner"), pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

On June 12, 2008, this case was automatically referred to Magistrate Judge David S. Perelman for preparation of a Report and Recommendation, pursuant to 28 U.S.C. § 636 and LR 72.1. On February 10, 2009, the Magistrate issued a report and recommendation, recommending that the Court deny the instant petition because each of Petitioner's claims is procedurally defaulted and, alternatively, because Petitioner's claims are without merit. (Dkt. # 7).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728

F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

The Court has reviewed the report and recommendation of the Magistrate Judge *de novo*, and finds that it is well-supported.  Therefore, the Report and Recommendation of Magistrate Judge Perelman (Dkt. # 7) is hereby **ADOPTED**, and Petitioner's petition for a writ of habeas corpus is **DENIED**.

**IT IS SO ORDERED**.

> **/s/ Peter C. Economus – March 9, 2009**
> **PETER C. ECONOMUS**
> **UNITED STATES DISTRICT JUDGE**